DEFT: Grant Clifford Granston (J)#   CASE NO: 00-4198-BSS
AUSA: Bertha Mitrani / present   ATTNY: _____
AGENT: DEA   VIOL: PWID marijuana
PROCEEDING: Initial Appearance   BOND REC: PTD

FILED by _____ D.C.
AUG 14 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

BOND HEARING HELD - yes/no   COUNSEL APPOINTED:
___ BOND SET @ _____
CO-SIGNATURES: _____
SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ___ Halfway House _____
     ___ Electronic Monitoring _____

△ advised of charges.
Will hire an atty.

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 8-14-00 | 11:00am | SNOW |
| PTD/BOND HEARING: | 8-15-00 | 11:00am | SNOW |
| PRELIM/ARRAIGN. or REMOVAL: | 8-18-00 | 9:30am | Snow |
| STATUS CONFERENCE: | | | |

DATE: 8-10-00   TIME: 11:00am   TAPE # 00-066 PG # 7

1651-2438
9/11