**UNITED STATES DISTRICT COURT**   AUG 1 1 2000
Southern District of Florida
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case Number: 00-4693-BSS |
| Plaintiff | ) | |
| | ) | REPORT COMMENCING CRIMINAL |
| -vs- | ) | ACTION |
| Clifford Bimster | ) | 55420-004 |
| Defendant | ) | USMS Prisoner No: |

***

TO: Clerk's Office   **MIAMI   FT. LAUDERDALE   W. PALM BEACH**
U.S. District Court           **FT. PIERCE**
(circle one of above)
NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE.

***

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: __8-9-00__   __8:10__   am/**pm**

(2) Language Spoken: __English__

(3) Offense(s) Charged: __Conspiracy To Import Marijuana__

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: __2-7-57__

(6) Type of Charging Document: (check one)
[ ] Indictment   [ ] Complaint to be filed/already filed
Case# _____

[ ] Bench Warrant for Failure to Appear
[ ] Probation Violation Warrant
[ ] Parole Violation Warrant

Originating District: __Southern Dist Florida__

COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: __8-10-00__   (9) Arresting Officer: __Flowers__

(10) Agency: __DEA__   (11) Phone: __954 489 1767__

(12) Comments: _____