## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

| | | | |
|---|---|---|---|
| DEFT: | GRANT CLIFFORD GRANSTON (J) | CASE NO: | 00-4198-BSS |
| AUSA: | BERTHA MITRANI  *mes* | ATTY: | JUNIOR FARQUHARSON, ESQ. (*perm*) |
| AGENT: | | VIOL: | |
| PROCEEDING: | PRETRIAL DETENTION HEARING | RECOMMENDED BOND: | PTD |
| BOND HEARING HELD - yes / no | | COUNSEL APPOINTED: | |
| BOND SET @: | | To be cosigned by: | |

FILED by ___ D.C.
AUG 15 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

Gov't proceeded by
proffer - S/A Tom
Redpath sworn for
cross

PTD Ordered
danger + risk of
flight

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | 8-18 | 9:30 | LSS | |
| STATUS CONFERENCE: | | | | |

DATE: 8-15-00    TIME: 11:00    FTL/LSS TAPE # 00 - 040/041    Begin: 1511    End: 1175

14 p