**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO: 00-4198-BSS

**UNITED STATES OF AMERICA :**
                       :

**vs.**                     :     **NOTICE OF PERMANENT**
                       :     **APPEARANCE AS COUNSEL**

**CLIFFORD GRANSTON,**     :        **OF RECORD**
_____/

COMES NOW, Junior W. Farquharson and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 11.1(D) and Rule 4 of the Special Rules Governing the admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the rights to appeal, to a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Appearance has been furnished by U.S. mailed to the office of the U.S. Attorney, on this the 11TH day of August, 2000.

JUNIOR FARQUHARSON ESQ.
Counsel for Defendant
5546 West Oakland Park Blvd.
Suite #220
Lauderhill, Florida 33313
Tel. (954) 717-2515
Florida Bar No. 0134600