## COURT MINUTES

### U.S. MAGISTRATE JUDGE LURANA S. SNOW - FORT LAUDERDALE, FLORIDA

DEFT: GRANT GRANSTON (J) #55420-004        CASE NO: 00-6230-CR-DIMITROULEAS
AUSA: BERTHA MITRANI /Bowell/              ATTY: JUNIOR FARQUHARSON, ESQ.
AGENT:                                     VIOL:
PROCEEDING: ARRAIGNMENT                    RECOMMENDED BOND:
BOND HEARING HELD - yes / no               COUNSEL APPOINTED:
BOND SET @:                                To be cosigned by:

*FILED by D.C. AUG 18 2000 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.*

- ❏ Do not violate any law.
- ❏ Appear in court as directed.
- ❏ Surrender and / or do not obtain passports / travel documents.
- ❏ Rpt to PTS as directed / or _____ x's a week/month by phone; _____ x's a week/month in person.
- ❏ Random urine testing by Pretrial Services. _____ Treatment as deemed necessary.
- ❏ Maintain or seek full - time employment.
- ❏ No contact with victims / witnesses.
- ❏ No firearms.
- ❏ Curfew: _____
- ❏ Travel extended to: _____
- ❏ Halfway House _____

~~Reading of Indictment Waived~~
Not Guilty plea entered
Jury trial demanded
~~Standing Discovery Order requested~~

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: | PLACE: |
|---|---|---|---|---|
| INQUIRY RE COUNSEL: | | | | |
| PTD/BOND HEARING: | | | | |
| PRELIM/ARRAIGN. OR REMOVAL: | | | | |
| STATUS CONFERENCE: | 9-8 | 11 | 1355 | |

DATE: 8-18-00   TIME: 9:30 AM   FTL/LSS TAPE # 00- 044   Begin: 245   End: 345

