UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-WPD

UNITED STATES OF AMERICA

vs

GRANT GRANSTON

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Lurana S. Snow on AUGUST 18, 2000, where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:            Address: __CUSTODY_____

                     _____

                     Telephone:_____

DEFENSE COUNSEL:     Name:_____JUNIOR FARQUHARSON, ESQ._____

                     Address:_____

                     _____

                     Telephone:_____

BOND SET/CONTINUED:  $_____

Bond hearing held: yes_____ no_____ Bond hearing set for_____

Dated this __18TH__ day of __AUGUST_____, 2000.

                                   CLARENCE MADDOX
                                   COURT ADMINISTRATOR/CLERK OF COURT

                                   By: _Jenny Butler_____
                                        Deputy Clerk

                                   Tape No. __00-044_____

cc: Copy for Judge
    U. S. Attorney

