NON-COMPLIANCE OF S.D. fla. L.R. _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6230 CR-DIMITROULEAS

UNITED STATES OF AMERICA :
:
Plaintiff, :
:
vs. :
:
CLIFFORD GRANSTON, :
:
Defendant.:
:
_____/

AUG 21 2000

CLARENCE MADDOX
CLERK, USDC / SDFL / FTL

### DEFENDANT'S MOTION TO RECONSIDER DETENTION ORDER

The Defendant, CLIFFORD GRANSTON, Through his undersigned counsel, pursuant to 18 U.S.C. § 3142, moves this court, to reconsider the order on the Defendant's Pretrial Detention and in support thereof, the defendant states:

1. On August 15, 2000 the defendant was brought before Magistrate Lurana Snow, pursuant to a criminal complaint alleging conspiracy to import Marijuana.

2. Magistrate Judge Snow issued a Pretrial Detention Order.

3. The defendant has since been charged by indictment for conspiracy to possess with the intent to distribute in excess of One Hundred (100) Kilograms of Marijuana.

4. The other Defendants in the case of all been charged with four counts while this defendant has only been charged with two counts.

5. Defendant has strong community ties; He has lived in Broward County for the past 6 years.

6. Defendant is a United States Citizen and has four minor children living in Broward County. The mother of three of the children has been deceased and the defendant is the sole care giver and provider for these three children.

7. Defendant's wife and sister both reside in Broward County.



8. Defendant's relatives and friends are willing to provide collateral for a Corporate Surety Bond and/or a Signature Bond to ensure that the defendant appear in court (please see attached copy of deeds).

9. The undersigned has attempted to contact assistant United States Attorney Bertha Mitrani, and has been unable to contact Ms. Mitrani, Thus the undersigned is unable to ascertain the government's position with respect to this motion.

WHEREFORE, the defendant, CLIFFORD GRANSTON, respectfully requests this court to set a Combination Bond or a Corporate Surety Bond which will ensure that the Defendant attend all his future court hearings.

Respectfully submitted,

JUNIOR FARQUHARSON, P.A.
Attorney for Respondent
5546 West Oakland Park Boulevard
Suite #220
Lauderhill, Florida 33313
Telephone: (954) 717-2515
Fax: (954) 731-7172

By: _____
Junior Farquharson, Esquire
FBN: 0134600

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. mailed to the office of the U.S. Attorney, on this the 22nd day of August, 2000.

JUNIOR FARQUHARSON, ESQ.

This Instrument was Prepared by and Return to:
**MARIA T. MOLINA**
WORLD TITLE COMPANY
9050 Pines Boulevard, Ste. 354
Pembroke Pines, FL 33024

Grantee#1 S.S. No.:
Name: **JOAN P. GRANSTON**

Property Appraiser's
Property Identification No.: **18134-05-00110**

```
98-341090   T#001
06-10-98    07:33AM
$      679.00
DOCU. STAMPS-DEED

RECVD. BROWARD CNTY

COUNTY ADMIN.
```

_____Space Above This Line for Recording Data_____

## W A R R A N T Y    D E E D (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this **29th** day of **May, 1998** BETWEEN **HEATH STERN** and **BETH STERN**, f/k/a **BETH FISCHER, husband and wife**, whose post office address is **8211 SOUTHGATE BLVD., N. LAUDERDALE, FL 33068**, of the County of BROWARD, State of FL, grantor*, and **JOAN P. GRANSTON, a married woman**, whose post office address is 1418 AVON LANE, NORTH LAUDERDALE, FL 33068, of the County of BROWARD, State of FL, grantee*.

**WITNESSETH**, That said Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land situate, lying and being in BROWARD County, Florida, to-wit:

### SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Subject to easements, restrictions and reservations of record and to taxes for the year 1997 and thereafter.

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
*"Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof**, Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

_____ (Seal)
Signature
MICHELLE BEDA
Printed or Typed Name

_____
Signature
Marisol Santiago
Printed or Typed Name

_____ (Seal)
**HEATH STERN**
8211 SOUTHGATE BLVD., N. LAUDERDALE, FL 33068

_____ (Seal)
**BETH STERN**

W/C TRI-COUNTY for: -
WORLD TITLE COMPANY
9050 PINES BLVD  # 354

BK 28364 PG 015

_____Space Above This Line for Recording Data_____

# W A R R A N T Y   D E E D (STATUTORY FORM - SECTION 689.02, F.S.)

**This Indenture** made this **29th** day of **May, 1998** BETWEEN **HEATH STERN** and **BETH STERN**, f/k/a **BETH FISCHER, husband and wife**, whose post office address is **8211 SOUTHGATE BLVD., N. LAUDERDALE, FL** 33068, of the County of BROWARD, State of FL, grantor*, and **JOAN P. GRANSTON, a married woman**, whose post office address is 1418 AVON LANE, NORTH LAUDERDALE, FL   33068, of the County of BROWARD, State of FL, grantee*.

**WITNESSETH,** That said Grantor, for and in consideration of the sum of TEN AND 00/100'S ($10.00) Dollars and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land situate, lying and being in BROWARD County, Florida, to-wit:

## SEE EXHIBIT "A" ATTACHED HERETO AND MADE A PART HEREOF

Subject to easements, restrictions and reservations of record and to taxes for the year 1997 and thereafter.

and said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.
*"Grantor" and "grantee" are used for singular or plural, as context requires.

**In Witness Whereof,** Grantor has hereunto set grantor's hand and seal the day and year first above written.

Signed, sealed and delivered in our presence:

Signature  MICHELLE BELA
Printed or Typed Name

Signature  Marisol Santiago
Printed or Typed Name

_____ (Seal)
**HEATH STERN**
8211 SOUTHGATE BLVD., N. LAUDERDALE, FL 33068

_____ (Seal)
**BETH STERN**

W/C TRI-COUNTY for: -
WORLD TITLE COMPANY
9050 PINES BLVD    # 354
Pembroke Pines, Fl 33024

BK 2836 PG 609 / 6

**STATE OF FLORIDA**
**COUNTY OF BROWARD**

The foregoing instrument was acknowledged before me this **29th** day of **May, 1998**, by HEATH STERN and BETH STERN who are personally known to me or have produced __drivers lics__ as identification.

My Commission Expires:

MARISOL SANTIAGO
My Comm Exp. 2/16/2001
Bonded By Service Ins
No. CC621992

Notary Public  Marisol Santiago

File No.: 98-282

This instrument prepared by:
Sharri Lamb
Heritage Title Insurance Agency, Inc (R)
12124 High Tech Avenue, Suite 150
Orlando, Florida 32817
Phone (407) 277-2410

635219

RECORDED & VERIFIED
1989 AUG -2 PM 2: 2

------Space above this line for Recording Data------

# WARRANTY DEED
(Statutory Form --Section 689.02 F.S.)

This Indenture, made this 31st day of July, 1989, between THE RYLAND GROUP, INC., a corporation existing under the laws of the state of Maryland, having its principal place of business in the county of ORANGE, and state of FLORIDA, and lawfully authorized to transact business in the state of FLORIDA grantor*, and EVA G. HARVEY, A SINGLE WOMAN, whose post office address is 594 LAGOON DRIVE, OVIEDO, FLORIDA 32765 of the County of SEMINOLE, State of NY, grantee*.

GRANTOR'S TAX ID# 520649948

GRANTEE'S TAX ID# 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 / _____

WITNESSETH: That said grantor, for and in consideration of the sum of **********TEN DOLLARS AND NO/100********** Dollars, and other good and valuable considerations to said grantor in hand paid by said grantee, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the said grantee, and grantee's heirs and assigns forever, the following described land, situate, lying and being in SEMINOLE County, Florida, to-wit:

LOT 161, STILLWATER, PHASE 2, ACCORDING TO THE PLAT THEREOF, RECORDED IN PLAT BOOK 36, PAGES 93 THROUGH 99, OF THE PUBLIC RECORDS OF SEMINOLE COUNTY, FLORIDA.

PARCEL ID# 27-21-31-509-0000-1610-0-0

Subject to restrictions, reservations, easements and limitations of record, if any, provided that this shall not serve to reimpose same, zoning ordinances, and taxes for the current year and subsequent years.
Said grantor does hereby fully warrant the title to said land, and will defend that same against the lawful claims of all persons whomsoever.
*"Grantor" and "grantee" are used for singular or plural, as context requires.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal the day and year first above written.

Documentary Tax Pd $ 686.40
$ _____ Intangible Tax Pd.
Maryanne Morse, Clerk Seminole
Attest: _____ County By _____ DC

Name of corporation: Corporate Seal
THE RYLAND GROUP, INC.
By: _____
JEFFREY G. AVERY
VICE-PRESIDENT

Signed Sealed and delivered in our presence.
Witness _____
Witness _____

STATE OF FLORIDA
COUNTY OF ORANGE

I Hereby Certify that on this 31st day of July, 1989, before me personally appeared JEFFREY G. AVERY, Vice President respectively of The Ryland Group, Inc., a corporation under the laws of the State of Maryland, to me known to be the person who signed the foregoing instrument as such officer and he acknowledged the execution thereof to be his free act and deed as such officer for the uses and purposes therein mentioned and that he affixed thereto the official seal of said corporation, and that the said instrument is the act and deed of such corporation.
WITNESS my hand and official seal in the County and State last aforesaid.

Laura K Taylor
Notary Public
My commission expires:

NOTARY PUBLIC STATE OF FLORIDA
MY COMM ISSION EXP. MAY 11, 1993
BONDED THRU GENERAL INS. UND.

Warranty Deed (from corporation)

# General Warranty Deed

**HOMEWOOD CORPORATION**, an Ohio Corporation having its principal place of business in the City of Columbus, County of Franklin and State of Ohio, successor by merger on December 31, 1975, of Equitable Development Corporation and Homewood Building Co., both Ohio Corporations, for valuable consideration paid, grants with general warranty covenants, to ~~XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX XXXXXXXXXXXXXXXXX~~ HUSBAND AND WIFE, FOR THEIR JOINT LIVES, THE REMAINDER TO THE SURVIVOR OF THEM, *LYNVAL A. WILLIAMS AND JACQUELINE M. COLEMAN-WILLIAMS whose tax mailing address is 1379 RESTWOOD COURT, COLUMBUS, OHIO 43204

the following described real property situated in THE CITY OF COLUMBUS, COUNTY OF FRANKLIN AND STATE OF OHIO:

BEING LOT NUMBER SIXTY-ONE (61) OF CLEARVIEW MEADOWS, SECTION 2, AS THE SAME IS NUMBERED AND DELINEATED UPON THE RECORDED PLAT THEREOF, OF RECORD IN PLAT BOOK 80, PAGE 70, RECORDER'S OFFICE, FRANKLIN COUNTY, OHIO.

PARCEL NO: 570-229226

This conveyance is subject to the lien of any taxes and assessments not now due and payable; zoning ordinances and regulations; legal highways; and restrictions, easements, conditions and reservations of record.

Execution in accordance with Chapter 5301 of the Ohio Revised Code.

Prior Instrument Reference: VOLUME 16680, PAGE G-20 AND VOLUME 27942, PAGE D-17

IN WITNESS WHEREOF, **HOMEWOOD CORPORATION**, an Ohio Corporation, has caused its corporate name to be subscribed by its duly authorized officer this __21ST__ day of __JUNE__, 19__95__.

Signed and acknowledged in the presence of:

**HOMEWOOD CORPORATION**
an Ohio Corporation

ORLANDA L. HUNT

By _____
JON K. NORTON, AGENT

CANDACE J. WILEY

STATE OF OHIO      :
                   : SS
COUNTY OF FRANKLIN :

Before me, a Notary Public in and for said County and State personally appeared the above named **HOMEWOOD CORPORATION**, an Ohio Corporation, by JON K. NORTON, AGENT who acknowledged the signing of the foregoing instrument on behalf of said Corporation by authority of its Board of Directors to be his free and voluntary act and deed and the free and voluntary act and deed of said Corporation.

this 21ST day of JUNE , 19 95 .

CANDACE J. WILEY
NOTARY PUBLIC, STATE OF OHIO
MY COMMISSION EXPIRES JUNE 25, 1999

This Instrument prepared by the Grantor.

Prepared by and Return to:
CITIZENS TITLE SERVICES, INC.
210 University Drive, Ste 208
Coral Springs, FL 33071
SS# - GRANTEE 1: 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

INSTR # 99180407
OR BK 29250 Pg 1193
RECORDED 04/05/99 01:54 PM
COUNTY RECORDS DIVISION
BROWARD COUNTY
DOC TAX PD(F.S.201.02)   542.50
DEPUTY CLERK 1032

# WARRANTY DEED

File No.: 990111-EMW

THIS INDENTURE, made this 30th day of March , A.D. 1999 between

ROSE NGO MILLER, a married woman, FKA Rose Ngo Miller, a single woman, joined by her spouse and SHIMON SHAKED
as Grantor*, whose address is: 6 MINNEAPOLIS AVE, DULUTH, MN  55803
and

DONNA RUSSELL-BANTON, a single woman

as Grantee*, whose address is: 6805 NW 29 AVENUE, FT. LAUDERDALE, FLORIDA  33309

WITNESSETH: That the Grantors, for and in consideration of the sum of TEN AND NO/100 DOLLARS ($10.00) and other valuable considerations to said grantors in hand paid by said grantees, the receipt whereof is hereby acknowledged, has granted, bargained and sold to the grantee and grantee's heirs forever the following described land located in the County of Broward, State of Florida, to-wit:

Lot 86, PALM AIRE VILLAGE SECTION 3, a subdivision according to the plat or map thereof described in Plat Book 88, at page(s) 45, of the Public Records of Broward County, Florida.

Property Tax ID Number: 9208-01-08600

SUBJECT TO easements, restrictions and reservations of record, if any, and taxes for 1999 and subsequent years.

Said grantor does hereby fully warrant the title to said land, and will defend the same against the lawful claims of all persons whomsoever.

*Singular and plural are interchangeable as context requires.

IN WITNESS WHEREOF, Grantor has hereunto set grantor's hand and seal the day and year first above written

Witnesses

(WITNESS 1) _____
PRINT OR TYPE NAME

(WITNESS 2) _____
PRINT OR TYPE NAME

_____
ROSE NGO MILLER

_____
SHIMON SHAKED

State of Minnesota
County of _____

The foregoing instrument was acknowledged before me on this 30th day of March, 1999 by ROSE NGO MILLER, a married woman and SHIMON SHAKED, who is known to me or who has produced _____ as identification and did / did not take an oath.

My Commission Expires: _____

MARY K MORRIS
NOTARY PUBLIC-MINNESOTA
ST LOUIS COUNTY
My Comm. Expires Jan 31 2000

_____
NOTARY PUBLIC
PRINT OR TYPE NAME

AMS-WD-PLAIN
Rev 10/27/94

INSTR # 99604969
OR BK 29911 PG 1117
RECORDED 10/06/1999 01:18 PM
COMMISSION
BROWARD COUNTY
DOC STMP-D    791.00
DEPUTY CLERK 1032

Return to:
**BROWARD -**    **WILL CALL BOX #133**
Rick S. Felberbaum, Esq.,
Felberbaum & Beckerman, P.A.
1200 N. Federal Highway, Ste 320
Boca Raton, FL 33432
(561) 391-8600

99-50032

This instrument prepared by    Safetrans
Address    10125 Crosstown Circle #100
Eden Prairie, Minnesota 55344
(70331)
Cheryl Malotky

Grantee Name and S.S. #
Grantee Name and S.S.

SPACE ABOVE THIS LINE FOR PROCESSING DATA    SPACE ABOVE THIS LINE FOR PROCESSING DATA

# This Warranty Deed,

Wherever used herein the term "party" shall include the heirs, personal representatives, successors and/or assigns of the respective parties hereto, the use of the singular number shall include the plural and the plural the singular, the use of any gender shall include all genders, and if used the term "trust" shall include all the nouns herein described if more than one

*Made this* 28th *day of* September *A.D.* 1999
*Between* Nancy R. Vitale, a single woman and Robert K. Binnix, a single man

*of the County of* Broward *in the State of* Florida
*grantor\*, and* ALTON COLEMAN AND VIOLET COLEMAN, HUSBAND AND WIFE

*of the County of* Broward *in the State of* Florida
*grantee\*,*
406 SW 75th Avenue, North Lauderdale, FL 33068

*Witnesseth,* that the grantor, for and in consideration of the sum of $10.00 and other valuable considerations, the receipt whereof is hereby acknowledged, hereby grants, bargains, sells, aliens, remises, releases, conveys and confirms unto the grantee, all that certain land situate in the County of Broward, State of Florida, to wit

LOT 14, BLOCK 9, OF LAUDERDALE NORTH PARK SECTION SIX, ACCORDING TO THE PLAT THEREOF, AS RECORDED IN PLAT BOOK 88, PAGE 19, OF THE PUBLIC RECORDS OF BROWARD COUNTY, FLORDIA.

Subject to restrictions, reservations, covenants and easements of record; taxes subsequent to 1998
and all applicable zoning ordinances.

*Property Appraiser's Parcel Identification Number*    49-41-02-12-1950
*Together with all the tenements, hereditaments and appurtenances thereto belonging or in anywise appertaining.*
*To Have and to Hold, the same in fee simple forever.*
*And the grantor hereby covenants with said grantee that the grantor is lawfully seized of said land in fee simple; that the grantor has good right and lawful authority to sell and convey said land; that the grantor hereby fully warrants the title to said land and will defend the same against the lawful claims of all persons whomsoever; and that said land is free of all encumbrances except taxes accruing subsequent to December 31, 1998*

\**"Grantor" and " grantee" are used for singular or plural, as context requires*

(2)4

*In Witness Whereof*, the said grantor has hereunto set his hand and seal the day and year first above written.

Signed, Sealed and Delivered in Our Presence:

_Louella Valenti_
Witness 1 Signature
LOUELLA VALENTI
Witness 1 Printed Name

_[signature]_
Witness 2 Signature
Khaled Mawafy
Witness 2 Printed Name

_Nancy R. Vitale_
Nancy R. Vitale

_Robert K. Binnix_
Robert K. Binnix

Address of Grantor
c/o American Escrow & Closing Company
1699 Wall Street
Suite 602
Mt Prospect, IL 60056

State of Florida

County of Broward

The foregoing instrument was acknowledged before me this ___19th___ day of ___June___, 1999, by Nancy R. Vitale, a single woman and Robert K. Binnix, a single man, who is personally known to me or who has produced _Personally Known to me_ as identification and who did (did not) take an oath.

_[signature]_
Signature

_James J. O'Hare_
Printed Name

_Notary Staff_
Title

OFFICIAL NOTARY SEAL
JAMES J O'HARE
COMMISSION NUMBER
CC512876
MY COMMISSION EXP.
DEC. 4, 1999