| | | | |
|---|---|---|---|
| DEFT: | Grant Granston (no deft) | CASE NO: | 00-6230-CR-Dimitrouleas |
| AUSA: | Bertha Mitrani /Barofeld/ | ATTNY: | Junior Farquharson |
| AGENT: | | VIOL: | present |
| PROCEEDING: | Status Conference | BOND REC: | |

BOND HEARING HELD - yes/no     COUNSEL APPOINTED: _____

____ BOND SET @ _____

FILED by ___ D.C.
SEP 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CO-SIGNATURES: _____

SPECIAL CONDITIONS: _____

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or _____ x's a week/month by phone; _____ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: _____
11) Travel extended to: _____
12) ____ Halfway House _____
____ Electronic Monitoring _____

Discovery out
No mots
2-3 day to try
Not ready
Defense counsel
has to make
copies of discovery
A- motion to cont.
will be filed

NEXT COURT APPEARANCE: _____  DATE: _____  TIME: _____  JUDGE: _____
INQUIRY RE COUNSEL: _____
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL: _____
STATUS CONFERENCE: _____

DATE: 9-8-00     TIME: 11:00am     TAPE # 00-072     PG # 3
500 - 614
74/8