UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,

VS.

GRANT GRANSTON,

Defendant.
_____/

## STATUS REPORT

A status conference was held in this cause on September 8, 2000. At that conference, the parties informed the Court as follows:

1. The Government's discovery materials include three (3) video and forty-six (46) audio tapes, one copy of which was sent to counsel for co-defendant Aldin Wilson; co-counsel will need to make copies of the tapes provided to Wilson's counsel. The Government further represented that no motions are currently pending, that it is ready to proceed, and that the matter will require two to three days to try. A plea disposition remains possible.

2. Defense counsel informed the Court that he has received only limited discovery materials and will need to arrange for copying of the audio and video tapes. He

1



anticipates moving to continue the trial of this cause.

DATED at Fort Lauderdale, Florida this ___8___ day of September 2000.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable William P. Dimitrouleas
United States District Judge

Bertha Mitrani, Esquire
Assistant United States Attorney

Junior Farquharson, Esquire
5546 West Oakland Park Boulevard, Suite 220
Lauderhill, Florida 33313
Attorney for Defendant