UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

CASE NUMBER:00-6230-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

vs.

CLIFFORD GRANSTON,

    Defendant,
_____/

MOTION FOR SUBSTITUTION OF COUNSEL

COMES NOW the Defendant and undersigned attorney, and hereby move this court for an Order Substituting JOHN W. THORNTON, JR for JUNIOR FARQUHARSON, as counsel of record for the Defendant, CLIFFORD GRANSTON.

I hereby agree, request and
consent to this Motion for
Substitution of Counsel.

JUNIOR FARQUHARSON
5546 West Oakland Park Blvd.
Suite 220
Lauderhill, Florida 33313

JOHN W. THORNTON, JR.
THORNTON & ROTHMAN, P.A.
200 South Biscayne Blvd., #2690
Miami, Florida 33131

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was this 12th day of September, 2000 forwarded to, United States Attorney's Office, 500 East Broward Boulevard, Suite 700, Fort Lauderdale, Florida 33304.

JOHN W. THORNTON, JR.