UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

    Plaintiff,

vs.

CLIFFORD GRANSTON,

    Defendant,
_____/

CASE NUMBER: 00-6230-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

FILED by _____ D.C.

SEP 12 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### ORDER GRANTING SUBSTITUTION OF COUNSEL

THIS CAUSE having come before the Court on the Motion for Substitution of Counsel and the Court having been apprised, it is hereby

ORDERED AND ADJUDGED that John W. Thornton, Jr., Thornton & Rothman, P.A. 200 S. Biscayne Blvd., Suite 2690, Miami, FL 33131 shall be substituted for Junior Farquharson, as counsel of record for the Defendant, Clifford Granston.

DONE AND ORDERED in the Southern District of Florida this the __12__ day of September, 2000.

HONORABLE WILLIAM P. DIMITROULEAS
United States District Court Judge

copies provided to:

United States Attorneys Office
John W. Thornton, Jr., Esq.
Junior Farquharson, Esq.

