UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA,          :

    Plaintiff,                  :

v.                                 :

ALDIN WILSON, et al.,              :

    Defendant.                  :

FILED by ___ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

### O R D E R

THIS CAUSE is before the Court on defendant **Clifford Granston's** Motion to Reconsider Detention Order (filed August 21, 2000), which was referred to United States Magistrate Judge, Lurana S. Snow. Therefore, it is hereby

ORDERED AND ADJUDGED that the motion is DENIED. It is further

ORDERED that counsel comply with Local Rule 5.1.A.4. when filing all future pleadings.

DONE AND ORDERED at Fort Lauderdale, Florida, this 13th day of September, 2000.

                                LURANA S. SNOW
                                UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Bertha Mitrani (FTL)
Junior Farquharson, Esq.

