UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA    CASE NUMBER:   00-6230-CR-DIMITROULEAS
                            MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLIFFORD GRANSTON,

    Defendant.
_____/

## MOTION FOR ORDER CONTINUING TRIAL

The Defendant, CLIFFORD GRANSTON, through counsel moves this Court to enter its Order continuing this cause for trial. As grounds therefore it is respectfully alleged as follows:

1. Undersigned counsel was just substituted as counsel.

2. More time is needed to review discovery and prepare for trial.

3. The defendant hereby waives his speedy trial rights under the *Speedy Trial Act*.

WHEREFORE, the defendant, CLIFFORD GRANSTON respectfully requests that this Court enter its Order Continuing the Trial in this matter.

    Respectfully submitted,

    ***THORNTON & ROTHMAN, P.A.***
    200 S. BISCAYNE BLVD.
    SUITE 2690
    MIAMI, FL 33131
    (305) 358-9000

    By: _____
        JOHN W. THORNTON, JR.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to A.U.S.A. Bertha Mitrani, the United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301 this _14th_ day of _September_, 2000.

JOHN W. THORNTON, JR.