UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

CLIFFORD GRANSTON,

    Defendant.
_____/

FILED by ___ D.C.
SEP 1 5 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER DENYING MOTION FOR CONTINUANCE

THIS CAUSE having come before the Court on the Motion to Continue [DE-85], and this Court having read said motion, it is hereby

ORDERED AND ADJUDGED that said motion is hereby DENIED without prejudice to renew at the Calendar Call.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 15 day of September, 2000.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

John W. Thornton, Jr., Esquire
200 S. Biscayne Boulevard
Suite 2690
Miami, FL 33131

Bertha Mitrani, AUSA

