**CRIMINAL MINUTES**

FILED by _____ D.C.
SEP 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D OF FLA. FT. LAUD

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CRWPD　　DATE: September 22, 2000

COURTROOM CLERK: Karen A. Carlton　　COURT REPORTER: Bob Ryckoff

PROBATION: _____　　INTERPRETER: _____

UNITED STATES OF AMERICA　vs.　Wilson, Williams, Nesbeth, Warren, Granston, Johnson

U.S. ATTORNEY: Bertha Mitrani　DEFT. COUNSEL: Lichter, Rosen, Diamond, Roth, Thornton, DeCobo

REASON FOR HEARING: Calendar Call / Status Conference

RESULT OF HEARING: Defts Aldia Wilson & Thaddeus Warren to enter guilty plea this morning

Defts' Esrom Williams, David Nesbeth, Clifford Granston & Marc Anthony Johnson's motion to continue are granted. Court resets trial date and finds that the time from today until trial is deemed excludable.

CASE CONTINUED TO: 11/24/00　　TIME: 9:00　　FOR: Cal. Call
MISC: 11/27/00　　9:00　　trial period.

