UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE UNITED STATES OF AMERICA,  )
                               )    CASE NUMBER
            PLAINTIFF,         )    00-4198-BSS
                               )    00-6230 CR-
      VS.                      )    WPD
                               )
MARK ANTHONY JOHNSON,          )    THIS VOLUME:
CLIFFORD GRANSTON, AND         )    PAGES 1 - 71
ALDIN WILSON,                  )
                               )
            DEFENDANTS.        )
_____)

(TRANSCRIPT BY TAPE)

TRANSCRIPT OF PRETRIAL DETENTION HEARING HAD
BEFORE THE HONORABLE LURANA S. SNOW, IN FORT LAUDERDALE,
BROWARD COUNTY, FLORIDA, ON AUGUST 15, 2000, IN THE
ABOVE-STYLED MATTER.

APPEARANCES:

FOR THE GOVERNMENT:    BERTHA MITRANI, A.U.S.A.

FOR DEFENDANT JOHNSON: RICHARD D. DOCOBO, ESQ.

FOR DEFENDANT GRANSTON: JUNIOR W. FARQUHARSON, ESQ.

FOR DEFENDANT WILSON:  IRWIN LICTER, ESQ.

CARL SCHANZLEH
OFFICIAL COURT REPORTER
U. S. COURTHOUSE
299 E. BROWARD BLVD., 202B
FORT LAUDERDALE, FLORIDA 33301
954 769-5488



# TRANSCRIPT NOT SCANNED

**PLEASE REFER TO COURT FILE**