## CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

FILED _____ D.C.
NOV 22 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER: 00-6230-CR-WPD     DATE: November 22, 2000

COURTROOM CLERK: Karen A. Carlton     COURT REPORTER: Bob Ryckoff

PROBATION: _____     INTERPRETER: _____

UNITED STATES OF AMERICA   VS.   Clifford Thurston

U.S. ATTORNEY: Bertha Mitrani     DEFT. COUNSEL: John Thornton, Jr.

REASON FOR HEARING: Change of plea

RESULT OF HEARING: Deft sworn & questioned by the Court. Deft to enter guilty plea to Count 4. Gvt agrees to dismiss Count 3 (at time of sentencing). Court accepts guilty plea.

CASE CONTINUED TO: 2/2/01     TIME: 10:30     FOR: Sentencing
MISC: Written plea agreement filed

