UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 00-6230-CR-DIMITROULEAS |
| | MAGISTRATE JUDGE SNOW |
| Plaintiff, | |
| vs. | **NIGHT BOX FILED** |
| | DEC 21 2000 |
| CLIFFORD GRANSTON, | |
| | CLARENCE MADDOX |
| Defendant. | CLERK, USDC / SDFL / FTL |
| _____/ | |

## UNOPPOSED MOTION FOR RELEASE ON BOND

The defendant, CLIFFORD GRANSTON, through counsel hereby files this Unopposed Motion for Release on Bond and as grounds therefore would state as follows:

1. The defendant pled guilty on November 22, 2000 and will be sentenced on February 3, 2001.

2. The defendant is cooperating with the U.S. Government and his release would assist in that regard.

3. The defendant is a U.S. citizen and owns a home in Ft. Lauderdale. The address to that home is 6715 N.W. 69th Court, Tamarac, FL 33321..

4. We would ask the Court to consider the following conditions:

    a. $100,000 personal surety bond co-signed by the Defendant's sister and brother-in-law;

    b. $20,000 corporate surety bond collaterized by the defendant's home;

    c. reporting as required by PTS and random drug testing.

5. Assistant U.S. Attorney Bertha Mitrani is in agreement with these terms of release

---

Thornton & Rothman, P.A. Attorneys at Law
Suite 2690, First Union Financial Center, 200 South Biscayne Boulevard, Miami, Florida 33131 • Telephone (305) 358-9000 • Telefax (305) 374-5747

NON-COMPLIANCE OF S.D. fla. L.R. _____
**ENVELOPES NOT PROVIDED**

on bond for Mr. Clifford Granston.

WHEREFORE, the defendant, CLIFFORD GRANSTON respectfully requests that this Court enter its Order Granting this Unopposed Motion for Release on Bond.

Respectfully submitted,

**THORNTON & ROTHMAN, P.A.**
200 S. BISCAYNE BLVD.
SUITE 2690
MIAMI, FL 33131
(305) 358-9000

By: _____
JOHN W. THORNTON, JR.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to A.U.S.A. Bertha Mitrani, the United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301 this 21st day of December, 2000.

_____
JOHN W. THORNTON, JR.