UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA          CASE NUMBER:     00-6230-CR-DIMITROULEAS
                                  MAGISTRATE JUDGE SNOW

    Plaintiff,

vs.

CLIFFORD GRANSTON,

    Defendant.

_____/

### ORDER GRANTING UNOPPOSED MOTION FOR RELEASE ON BOND

    **THIS CAUSE** having come before the Court on the Unopposed Motion for Release on

Bond and the Court having read said motion, it is hereby

    ORDERED and ADJUDGED that the defendant, CLIFFORD GRANSTON, is hereby

admitted to bond on the following conditions:

    a.    $100,000 personal surety bond co-signed by the Defendant's sister and brother

in law;

    b.    $20,000 corporate surety bond collaterized by the defendant's home;

    c.    reporting as required by PTS and random drug testing.

    DONE AND ORDERED in the Southern District of Florida this the 22 day of December,

2000.

HONORABLE WILLIAM P. DIMITROULEAS
U.S. DISTRICT COURT JUDGE

copies provided to:
John W. Thornton, Jr.
Bertha Mitrani, AUSA
U.S. Pretrial Services