UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION



| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NUMBER: 00-6230-CR-DIMITROULEAS |
| | MAGISTRATE JUDGE SNOW |
| Plaintiff, | |
| vs. | |
| CLIFFORD GRANSTON, | **UNOPPOSED MOTION FOR CONTINUANCE** |
| Defendant. | |

_____/

The Defendant, CLIFFORD GRANSTON, through counsel, files his Unopposed Motion to Continue Sentencing and in support thereof states as follows:

1. Defendant pled guilty and is set for sentencing on February 2, 2001 at 10:30 am.

2. Defendant is cooperating with the Government.

3. Defendant needs more time to continue his cooperation so that the government can file a 5K1.1 motion for downward departure.

4. Defendant requests the continuance for ninety (90) days.

5. Assistant United States Attorney Bertha Mitrani has agreed that a continuance under these circumstances may be appropriate and therefore does not object to the motion.

WHEREFORE, the defendant, CLIFFORD GRANSTON respectfully requests that this Court enter its Order Continuing the Sentencing in this matter.

Respectfully submitted,

**THORNTON & ROTHMAN, P.A.**
200 S. BISCAYNE BLVD.
SUITE 2690
MIAMI, FL 33131
(305) 358-9000

By: _____
JOHN W. THORNTON, JR.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to A.U.S.A. Bertha Mitrani, the United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301 and to U.S. Probation Officer Donald Jefferson, Room 315 U.S. Courthouse, 300 N.E. First Ave, Miami, FL 33132 this 27th day of January, 2001.

_____
JOHN W. THORNTON, JR.