UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

        Plaintiff,

vs.

CLIFFORD GRANSTON,

        Defendant.

_____/

CASE NO: 00-6230-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

ORDER GRANTING MOTION FOR SENTENCING CONTINUANCE

THIS CAUSE having come before the Court on the Motion to Continue Sentencing and

this Court having read said motion, it is hereby

ORDERED AND ADJUDGED that said motion is hereby granted, in part, and sentencing is

hereby rescheduled for the 23 day of March, 2001 at 10:30 AM.

DONE AND ORDERED at Ft. Lauderdale, Southern District of Florida this 2 day of

January, 2001.

HONORABLE WILLIAM DIMITROULEAS
U.S. DISTRICT COURT JUDGE

copies provided to:

John W. Thornton, Jr.
Bertha Mitrani, AUSA
Donald Jefferson, USPO