**CRIMINAL MINUTES**

FILED by _____ D.C.
MAR 2 5 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD    DATE: March 23, 2001

COURTROOM CLERK: Karen A. Carlton    COURT REPORTER: Bob Ryckoff

PROBATION: Ed Conley    INTERPRETER: _____

UNITED STATES OF AMERICA    VS.    Clifford Sraston

U.S. ATTORNEY: Bertha Mitrani    DEFT. COUNSEL: John Thornton

REASON FOR HEARING: Sentencing

RESULT OF HEARING: Sentence Imposed;
37 months BOP, 4 years Supervised Release,
no fine, $100.00 Assessment.

Motion for Voluntary Surrender is Denied
Court recommends designation to Eglin AFB
and that deft. receive drug treatment while
in prison.

CASE CONTINUED TO: _____ TIME: _____ FOR: _____

MISC: Deft. Informed of Right to Appeal.

151