1

```
              UNITED STATES DISTRICT COURT
              SOUTHERN DISTRICT OF FLORIDA
                 FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,   ) CASE NO.   00-6230-CR-WPD
                            )
          Plaintiff,        )
                            )
          -v-               )
                            )
CLIFFORD GRANSTON,          )
                            ) Fort Lauderdale, Florida
          Defendant.        ) March 23, 2001
_____) 10:40 a.m.


                    TRANSCRIPT OF SENTENCE

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                     U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff        BERTHA MITRANI, ESQ.
                         Assistant U.S. Attorney


For the Defendant        JOHN THORNTON, JR., ESQ.



Reporter                 ROBERT A. RYCKOFF
                         Official Court Reporter
                         299 East Broward Boulevard
                         Fort Lauderdale, Florida 33301
                         954-769-5657
```




# NOT

# SCANNED

PLEASE REFER TO COURT FILE

Case 0:00-cr-06230-WPD    Document 171    Entered on FLSD Docket 11/13/2001    Page 2 of 2