UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6230-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

-v.-

CLIFFORD GRANSTON,

                Defendant.

_____/

NIGHT BOX
FILED

MAR 2 0 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

**MOTION FOR REDUCTION OF SENTENCE
PURSUANT TO FED. R. CRIM. P. 35**

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully moves this Honorable Court for an order pursuant to Fed. R. Crim. P. 35(b) reducing the sentence of CLIFFORD GRANSTON. For the reasons stated below, the Government respectfully requests that the Court delay hearing the Government's motion, and permit the Government to supplement its motion, within 90 days:

    1.      On March 23, 2001, this Honorable Court sentenced Defendant GRANSTON to a term of 37 months' imprisonment. He was convicted after a plea of guilty of possession with intent to distribute in excess of 100 kilograms of marijuana, in violation of 21 U.S.C. § 841(a) and (b)(1)(B).

    2.      After this Court imposed sentence, Defendant GRANSTON began efforts to cooperate with the United States Attorney's Office for the Southern District of New York. GRANSTON is expected to testify at the trial in the matter of <u>UNITED STATES</u> v. <u>COLEMAN COMMERCIAL CARRIERS, INC.</u>, 01 Cr. 1042 (LAK) (S.D.N.Y. 2001), currently pending before



the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York. The trial in that matter is scheduled to begin on April 22, 2002.

3. To permit GRANSTON to complete his cooperation with the United States Attorney's Office for the Southern District of New York, and to ensure that all of the facts surrounding GRANSTON's efforts may be brought before the Court, the Government respectfully requests that the Court hold its decision on the Government's Rule 35(b) motion in abeyance, subject to a future submission by the Government.

4. Because disclosure, at this juncture, of GRANSTON's attempts to cooperate post-sentencing could compromise the Government's investigation and potentially endanger GRANSTON and his family members, the Government respectfully requests that this motion and all related papers remain under seal.

WHEREFORE, the Government respectfully requests that (a) the Court delay hearing the Government's motion under Rule 35(b), and permit the Government to supplement its motion, within 90 days, and (b) this motion be filed under seal until further order of this Court.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by regular United States Mail on ___ day of March, 2002, to:

**Counsel for CLIFFORD GRANSTON**

John W. Thornton, Esquire
Thornton & Rothman, P.A.
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131
Facsimile: 305/374-5747

```
                                                               [vdkttext]


                            Case Selection
Dkt type: cr   Case Number: 00-6230      Division: 0    FtLauderdale

Transaction: kseal doc -/-/- - -
                            History Record




Filed      Entry Date  Last Update      History ID      Docketed by
3/20/02     3/21/02     **/**/**         5082947            ss
    +------------------------------------------------------------+
      SEALED DOCUMENT




      +viewing docket text----------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 172