BM/sls

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6230-CR-DIMITROULEAS

UNITED STATES OF AMERICA

-v.-

CLIFFORD GRANSTON,

_____ Defendant /

NIGHT BOX
FILED

MAR 2 0 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

## MOTION TO SEAL

The United States of America, by and through it's undersigned Assistant United States Attorney, moves this Honorable court for an Order sealing the Motion for Reduction of Sentence Pursuant to Fed. R. Crim. P. 35, this Motion to Seal, and the Sealing Order with respect to the above-captioned case and that they remain under seal until after the hearing on the matter. The Government is requesting this Motion be sealed because disclosure could compromise the trial referenced in the Motion and potentially endanger the defendant and his family members.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: _____
BERTHA R. MITRANI
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 88171
500 East Broward Blvd., Suite 700
Fort Lauderdale, Florida 33394
Telephone: (954) 356-7255 Ext. 3511
Facsimile:  (954) 356-7336



```
                                                                    [vdkttext]

                              Case Selection
Dkt type: cr    Case Number: 00-6230      Division: 0    FtLauderdale
Transaction: kseal doc -/-/- - -
                              History Record



Filed        Entry Date   Last Update       History ID      Docketed by
3/20/02      3/21/02      **/**/**          5082950            ss
     +----------------------------------------------------------------+
       SEALED DOCUMENT



     +viewing docket text--------------------------------------------+
Transaction: kseal doc -/ -/ - - -

Command mode (? for commands)
```

Attached to D.E. # 173