UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,                    CASE NO.  00-6230-CR-DIMITROULEAS

        Plaintiff,

vs.

                                         FILED by _____ D.C.

CLIFFORD GRANSTON,

                                         MAR 2 1 2002

        Defendant.

                                          CLARENCE MADDOX
                                          CLERK U.S. DIST. CT.
_____/          S.D. OF FLA. FT. LAUD.

**SEALED ORDER**

        THIS CAUSE having been heard upon Government's March 20, 2002 Motion For

Reduction of Sentence, the Court defers ruling pending the Government's supplementing the

motion.

        The Clerk shall seal this order.

        DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this

_____ day of March, 2002.

                                        WILLIAM P. DIMITROULEAS
                                        United States District Judge

Copies furnished to:

Bertha Mitrani, AUSA

John W. Thornton, Esquire
200 S. Biscayne Boulevard, #2690
Miami, FL 33131



[vdkttext]

```
                                Case Selection
Dkt type: cr    Case Number: 00-6230        Division: 0    FtLauderdale

Transaction: kseal doc -/-/- - -
                              History Record



Filed         Entry Date   Last Update        History ID       Docketed by
3/21/02       3/25/02      **/**/**           5087605              ss
     +-------------------------------------------------------------+
      SEALED DOCUMENT



     +viewing docket text-------------------------------------------+
Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # ___174___