```
                  UNITED STATES DISTRICT COURT
                  SOUTHERN DISTRICT OF FLORIDA
                    FORT LAUDERDALE DIVISION

UNITED STATES OF AMERICA,    ) CASE NO. 00-6230-CR-WPD
                             )
            Plaintiff,       )
                             )
            -v-              )
                             )
DAVID NESBETH,               )
CLIFFORD GRANSTON,           )
                             ) Fort Lauderdale, Florida
            Defendants.      ) November 22, 2000
_____) 3:00 p.m.

                  TRANSCRIPT OF PLEAS OF GUILTY

          BEFORE THE HONORABLE WILLIAM P. DIMITROULEAS

                      U.S. DISTRICT JUDGE

APPEARANCES:

For the Plaintiff:        BERTHA MITRANI, ESQ.
                          Assistant U.S. Attorney


For the Defendant         NATHAN DIAMOND, ESQ.
Nesbeth:


For the Defendant         JOHN THORNTON, JR., ESQ.
Granston:


Reporter                  ROBERT A. RYCKOFF
                          Official Court Reporter
                          299 East Broward Boulevard
                          Fort Lauderdale, Florida 33301
                          954-769-5657
```

THIS VOLUME:

Pages 1 - 45

# NOT

# SCANNED

**PLEASE REFER TO COURT FILE**