UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6230-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA
         Plaintiff,
  -v.-

CLIFFORD GRANSTON,
         Defendant.
_____/

## UNITED STATES' MOTION
## TO UNSEAL RULE 35 MOTION

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully moves this Honorable Court for an Order unsealing its Motion For Sentence Reduction pursuant to Rule 35 of the Federal Rules of Criminal Procedure. It is no longer necessary for that motion to be under seal. Indeed, Assistant United States Attorneys in the Southern District of New York need to disclose that motion in connection with UNITED STATES v. COLEMAN COMMERCIAL CARRIERS, INC., 01 Cr. 1042 (LAK) (S.D.N.Y. 2001), currently pending before the Honorable Lewis A. Kaplan, United States District Judge for the Southern District of New York.

         Respectfully submitted,

         GUY A. LEWIS
         UNITED STATES ATTORNEY

By: _____
    Bertha R. Mitrani
    Assistant United States Attorney
    Florida Bar No. 88171
    500 East Broward Boulevard
    Fort Lauderdale, Florida 33394
    Tel: 954/ 356-7255
    Fax: 954/356-7336



## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was delivered by regular United States Mail on ____ day of April, 2002, to:

**Counsel for CLIFFORD GRANSTON**

John W. Thornton, Esquire
Thornton & Rothman, P.A.
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131
Facsimile: 305/374-5747