UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6230-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA,

v.

CLIFFORD GRANSTON,

                Defendant.
_____/

FILED by ___ D.C.
MAY 0 1 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

**THIS MATTER** is before the Court on the Government's Motion to Unseal it Motion For Reduction Of Sentence filed March 20, 2002, it is hereby

ORDERED that it be unsealed, together with its original Motion To Seal and the Court's Sealing Motion.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this ____ Day of April, 2002.

                    WILLIAM P. DIMITROULEAS
                    UNITED STATES DISTRICT JUDGE

Copies furnished:

Bertha R. Mitrani, AUSA

John W. Thornton, Esquire
200 S. Biscayne Boulevard, #2690
Miami, FL 33131

1

