UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 00-6230-CR-DIMITROULEAS

IN THE MATTER OF:
UNITED STATES OF AMERICA
            -v.-
CLIFFORD GRANSTON,
_____Defendant /

|  |  |  |
|---|---|---|
| | ORDER RE: SEALED FILING | |
| *Party Filing Matter Under Seal*   Name: | BERTHA R. MITRANI | |
| Address: | 500 E. BROWARD BLVD. STE. 700 | FORT LAUDERDALE, FL 33394 |
| Telephone: | 954-356-7255 EXT. 3511 | |
| On behalf of (select one): | X Plaintiff | ❑ Defendant |

Date sealed document filed:   MARCH 20, 2002

If sealed pursuant to statute, cite statute: _____

If sealed pursuant to previously entered protective order, date of order and docket entry: _____

The matter will remain sealed until:

Conclusion of Trial                    ❑ Arrest of First Defendant

❑ Case Closing                          ❑ Conclusion of Direct Appeal

X Other        Until after disposition of Motion

Permanently. Specify the authorizing law, rule, court order:

The moving party requests that when the sealing period expires, the filed matter should be (select one):

X Unsealed and placed in              ❑ Destroyed              Returned to the party or counsel for the party, as
the public portion of the court file                              identified above

It is **ORDERED** and **ADJUDGED** that the proposed sealed document is hereby:

☒ Sealed                    ❑ NOT Sealed              ❑ Other_____

The matter may be unsealed after:

❑ Conclusion of Trial         ❑ Arrest of First Defendant      ❑ Remain Sealed

❑ Case Closing               ❑ Conclusion of Direct Appeal    ☒ Other _after disposition of motion_

DONE and ORDERED at _Ft Lauderdale_, Florida this ___ day of _March_, 2002

William P. Dimitrouleas
United States District Judge

This document has been disposed of in the following manner _____ by
_____ on _____.

