UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6230-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

-v.-

CLIFFORD GRANSTON,

Defendant.

_____/

**NIGHT BOX
FILED**

SEP 1 2 2002

CLARENCE MADDOX
CLERK, USDC/SDFL/FTL

### UNITED STATES' MOTION FOR RULE 35 HEARING

The United States of America, by and through its undersigned Assistant United States Attorney, respectfully requests that this Honorable Court schedule a hearing on the United States' Motion for Reduction of Sentence pursuant to Rule 35 of the Federal Rules of Criminal Procedure. The undersigned has been advised by an Assistant United States Attorney for the Southern District of New York that the Defendant will complete his substantial assistance on or about September 18,

179

2002. The United States respectfully request that the hearing be scheduled a few weeks following this date to allow the Marshal sufficient time to transport the defendant to the Southern District of Florida.[1]

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:

Bertha R. Mitrani
Assistant United States Attorney
Florida Bar No. 88171
500 East Broward Boulevard
Fort Lauderdale, Florida 33394
Tel: 954/ 356-7255
Fax: 954/356-7336

---

[1]The undersigned is unavailable from October 9, 2002, through October 21, 2002.

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was delivered by

regular United States Mail on ⟨12th⟩ day of September, 2002, to:

**Counsel for CLIFFORD GRANSTON**

John W. Thornton, Esquire
Thornton & Rothman, P.A.
200 South Biscayne Blvd.
Suite 2690
Miami, Florida 33131
Facsimile: 305/374-5747

BERTHA R. MITRANI

3