UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,    CASE NO. 00-6230-CR-DIMITROULEAS

    Plaintiff,

vs.

CLIFFORD GRANSTON,

    Defendant.
_____/

FILED by ___ D.C.
SEP 13 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

## ORDER

THIS MATTER is before the Court on the Government's Motion For Reduction of Sentence filed September 12, 2002, it is hereby

ORDERED that the motion is set for <u>October 24, 2002 at 9:15 A.M.</u> The Government shall secure whatever writs or orders that are necessary to ensure Defendant's presence at the hearing.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 13 day of September, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Bertha R. Mitrani, AUSA

John W. Thornton, Esquire
200 S. Biscayne Boulevard, #2690
Miami, FL 33131

