UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA        CASE NUMBER:    00-6230-CR-DIMITROULEAS
                                MAGISTRATE JUDGE SNOW
    Plaintiff,

vs.

CLIFFORD GRANSTON,

    Defendant.
_____/

**MOTION FOR ORDER CHANGING TIME OF HEARING**

The Defendant, CLIFFORD GRANSTON, through counsel moves this Court to enter its Order changing the time of hearing on Government's Motion for Reduction of Sentence. As grounds therefore it is respectfully alleged as follows:

1. A hearing on Government's Motion for Reduction of Sentence is currently scheduled for October 24, 2002 at 9:15 A.M.

2. Undersigned counsel is an adjunct faculty member at the University of Miami School of Law and teaches on Thursday October 24, 2002 from 7:00 to 9:00 A.M

3. Undersigned counsel respectfully requests that the time of the hearing be moved to 10:00 A.M. or any time thereafter.

4. AUSA Bertha Mitrani has been contacted and has no objection to this motion.

WHEREFORE, the defendant, CLIFFORD GRANSTON respectfully requests that this Court enter its Order Changing the Time of the Hearing in this matter.

Respectfully submitted,

**THORNTON & ROTHMAN, P.A.**
200 S. BISCAYNE BLVD.
SUITE 2690
MIAMI, FL 33131
(305) 358-9000

By: _____
JOHN W. THORNTON, JR.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was forwarded to A.U.S.A. Bertha Mitrani, the United States Attorney's Office, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL 33301 this 24th day of September, 2002.

_____
JOHN W. THORNTON, JR.