UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

UNITED STATES OF AMERICA

Plaintiff,

vs.

CLIFFORD GRANSTON,

Defendant.
_____ /

CASE NO: 00-6230-CR-DIMITROULEAS
MAGISTRATE JUDGE SNOW

FILED by _____ D.C.
SEP 26 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

ORDER GRANTING MOTION TO CHANGE TIME OF HEARING

THIS CAUSE having come before the Court on the Motion to Change Time of Hearing CDE-181 and this Court having read said motion, it is hereby

ORDERED AND ADJUDGED that said motion is hereby granted and the hearing is hereby rescheduled for the 24 day of October, 2002 at 10:00AM

DONE AND ORDERED at Ft. Lauderdale, Southern District of Florida this 26 day of September, 2002.

HONORABLE WILLIAM DIMITROULEAS
U.S. DISTRICT COURT JUDGE

copies provided to:

John W. Thornton, Jr.
Bertha R. Mitrani, AUSA

USPO.

