# CRIMINAL MINUTES

FILED by _____ D.C.
OCT 24 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**HONORABLE WILLIAM P. DIMITROULEAS**

CASE NUMBER: 00-6230-CR-WPD   DATE: October 24, 2002

COURTROOM CLERK: Karen A. Carlton   COURT REPORTER: Bob Ryckoff

PROBATION: _____   INTERPRETER: _____

UNITED STATES OF AMERICA   VS. Clifford Granston

U.S. ATTORNEY: Bertha Mitrani   DEFT. COUNSEL: John Thornton

REASON FOR HEARING: Deft's Rule 35 Motion to Reduce

RESULT OF HEARING: Sentence Reduced to Time Served. 4 years Supervised Release starts today with same conditions as previously imposed + added condition that if he is subpoenaed to testify he is to do so truthfully.

CASE CONTINUED TO: _____   TIME: _____   FOR: _____

MISC: _____

