UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

CLIFFORD GRANSTON
    Defendant.

CASE NO. 00-6230-CR-DIMITROULEAS

**ORDER**

THIS CAUSE having been heard before the Court on October 24, 2002 upon the Government's Motion for Sentence Reduction pursuant to F.R.Crim. P. 35 (b). Upon consideration of the government's motion and being duly advised, it is

ORDERED AND ADJUDGED that the aforementioned motion be and the same is hereby GRANTED.

The sentence of imprisonment previously imposed is reduced to TIME SERVED. The four (4) years supervised release starts immediately with all the same conditions previously imposed as well as the added condition that if the defendant is subpoenaed to testify, he is to do so truthfully. All other aspects of the sentence remain the same as previously imposed.

DONE AND ORDERED in Chambers at Fort Lauderdale, Broward County, Florida, this 25 day of October, 2002.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Bertha Mitrani, AUSA
John Thornton, Esq.
U.S. Probation Office
U. S. Marshal

