**United States Government**
M E M O R A N D U M

**DATE:** February 17, 2004 

**FROM:** Harold A. Scott (954) 769-5522
U.S. Probation Officer, Hollywood

**SUBJECT:** GRANSTON, Clifford
Docket No. 00-6230-CR-DIMITROULEAS
SD/FL PACTS No. 64937

**TO:** The Honorable William P. Dimitrouleas, Judge
U.S. District Court, Ft. Lauderdale

**REQUEST FOR FOREIGN TRAVEL**

**ORIGINAL SENTENCE AND OFFENSE:**

The above named defendant appeared before Your Honor on Mach 23, 2001, after pleading guilty to Possession With Intent to Distribute Marijuana, in violation of Title 21, U.S.C. §841(a)(1). The defendant was sentenced to thirty-seven (37) months Bureau of Prisons followed by four (4) Supervised Release. On October 25, 2002, the defendant was released from custody and he commenced with his supervision portion of his sentence.

**COMMUNITY ADJUSTMENT:**

Since being released over the past 16 months, the defendant has complied with his conditions in general, and specifically, he has paid off his $100 assessment and provided this officer with any documents that I have requested over the past 16 months.

The defendant recently asked this officer for permission to travel to Clarendon, Jamaica, for the purpose of overseeing the sale of some land that he and his family own in this part of Jamaica. The defendant said that he anticipates he would have to be in Jamaica no more than 5 days to look over the paperwork and to get all of his siblings to sign off on the sale of the property. The defendant also assured this officer that he will supply me with copies of the documentation regarding the sale of the property there in Jamaica.

In view of the fact that the defendant is in compliance with his Supervised Release Conditions, this officer has no objections to his request to travel to Clarendon, Jamaica.



THE HONORABLE WILLIAM P. DIMITROULEAS, JUDGE
February 17, 2004
Page 2

RE: GRANSTON, Clifford

Attached, for Your Honor's perusal is a Presentence Investigation and Judgment and Commitment Order.

Should Your Honor have any questions, please contact this officer.

Respectfully submitted,

HAS/jam
Attachments

REVIEWED & APPROVED BY: _____
Jeris L. Smith, Supervising
U.S. Probation Officer

_____

__✓__ **APPROVED** - travel to Clarendon, Jamaica

_____ **DENIED**

William P. Dimitrouleas, Judge

February 19, 2004
Date